UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROXANNE SEVIN | CIVIL ACTION |
| VERSUS | NO. 10-1864 |
| BP AMERICA, INC. ET AL. | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

### ORDER

Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and served no later than eight days before the noticed submission date. No memorandum in opposition to defendants' Motion to Compel Discovery, Record Doc. No. 22, submitted for decision on September 7, 2011 without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit,

**IT IS ORDERED** that the motion is GRANTED and plaintiff is **HEREBY ORDERED** to respond to defendants' discovery requests fully and in writing, in accordance with Fed. R. Civ. P. 33 and 34, and to make all responsive documents available to defendant's counsel, no later than **September 21, 2011**. All objections, except on the basis of attorney-client privilege or work product doctrine, are deemed waived.

New Orleans, Louisiana, this   7th   day of September, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE