UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROXANNE SEVIN | CIVIL ACTION |
| VERSUS | NO. 10-1864 |
| BP AMERICA, INC. ET AL. | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:  Defendants' Motion for Sanctions and to Strike Witnesses, Record Doc. No. 37

O R D E R E D:

 XXX : DENIED.  Under the circumstances involving the disqualification of plaintiff's former counsel on defendants' motion and the recent enrollment of new counsel for plaintiff, including the prompt remedial efforts and actions of plaintiff's new counsel to resolve these issues, as reflected in the opposition memorandum, Record Doc. No. 45, I decline to exercise the court's discretion established by use of the word "may" in Rules 37(b)(2)(A) and 37(c)(1).  The requested sanctions will not be imposed.

New Orleans, Louisiana, this ___11th___ day of January, 2012.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE